741 A.2d 185

**GRANDVIEW HEALTH HOMES, INC., Nottingham Health Care Services, Inc., Kramm Nursing Home, Inc., Atlas Development Associates, Inc., and First Street Associates,**

v.

**DEPARTMENT OF PUBLIC WELFARE and Maria Joseph Manor, Appellees.**

**No. 227 Middle District Appeal Docket 1999.**

Supreme Court of Pennsylvania.

Nov. 15, 1999.

JURISDICTIONAL REVIEW

## *ORDER*

PER CURIAM:

**AND NOW,** this **15th** day of **November 1999,** the purported direct appeal is quashed; the matter is treated as a petition for allowance of appeal and denied.